IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL FEDERATION OF　　　*
THE BLIND, INC., *et al.*,
　　　　　　　　　　　　　　*
　　Plaintiffs,
　　　　　　　　　　　　　　*
v.
　　　　　　　　　　　　　　*　　Civil Action No. RDB-18-3301
WAL-MART ASSOCIATES, INC.,
　　　　　　　　　　　　　　*
　　Defendant.
　　　　　　　　　　　　　　*

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment (ECF No. 87), Plaintiffs' Cross-Motion for Summary Judgment (ECF No. 95), each party's response briefs (ECF Nos. 106, 113), and the arguments of counsel at the September 24, 2021 motions hearing (ECF No. 122), it is this 12th day of October, 2021, hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment (ECF No. 87) is **GRANTED**;

2. Plaintiffs' Cross-Motion for Summary Judgment (ECF No. 95) is **DENIED**;

3. Plaintiffs' Motion to Strike Defendant's Expert Designation of William Hecker and to Preclude his Deposition Testimony and Reports (ECF No. 97) is **DENIED**;

4. Judgment shall be entered in favor of Defendant Wal-Mart Associates, Inc.; and

5. The Clerk is directed to close this case.

Date: October 12, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Richard D. Bennett
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge