# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, INC., *et al.*<br><br>　　Plaintiffs,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>　　Defendant. | Case No.: 18-cv-03301-RDB |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs The National Federation of the Blind, Inc., the National Federation of the Blind of Maryland, Cynthia Morales, Linwood Boyd, and Melissa Sheeder appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment in favor of Wal-Mart Associates, Inc., entered in this case on October 12, 2021.

Dated: November 9, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Joseph B. Espo, Fed. Bar No. 07490
　　　　　　　　　　　　　　　　　　　　Kevin D. Docherty, Fed. Bar No. 18596
　　　　　　　　　　　　　　　　　　　　Chelsea Crawford, Fed. Bar No. 19155
　　　　　　　　　　　　　　　　　　　　BROWN, GOLDSTEIN & LEVY, LLP
　　　　　　　　　　　　　　　　　　　　120 East Baltimore Street, Suite 2500
　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　　　　　T: (410) 962-1030
　　　　　　　　　　　　　　　　　　　　F: (410) 385-0869
　　　　　　　　　　　　　　　　　　　　jbe@browngold.com
　　　　　　　　　　　　　　　　　　　　kdocherty@browngold.com
　　　　　　　　　　　　　　　　　　　　ccrawford@browngold.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of November, 2021, a copy of Plaintiff's Notice of Appeal was filed and served electronically on all counsel of record by the Court's CM/ECF System.

                                                 /s/
                                       Joseph B. Espo