FILED: May 10, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 21-2281
(1:18-cv-03301-RDB)

_____

THE NATIONAL FEDERATION OF THE BLIND, INC.; THE NATIONAL FEDERATION OF THE BLIND OF MARYLAND; CYNTHIA MORALES; LINWOOD BOYD; MELISSA SHEEDER

    Plaintiffs - Appellants

v.

WAL-MART ASSOCIATES, INCORPORATED

    Defendant - Appellee

_____

O R D E R

_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk